**DYKEMA GOSSETT LLP**
Ashley R. Fickel (SBN 237111)
*AFickel@dykema.com*
Hakop Stepanyan (SBN 296782)
*HStepanyan@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
Intelligrated Systems, LLC and Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIPPERCREEK, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> INTELLIGRATED SYSTEMS, LLC, a Delaware limited liability; HONEYWELL INTERNATIONAL, INC., a Delaware corporation, DEPOSCO, Inc., a Georgia corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01341-WBS-KJN <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |

1

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

Plaintiff ClipperCreek, Inc. ("CCI") and Defendants Intelligrated Systems, LLC ("Intelligrated"), Honeywell International, Inc. ("Honeywell") and Deposco, Inc. ("Deposco") hereby stipulate as follows:

1. CCI filed its initial Complaint on July 18, 2019.

2. Intelligrated and Honeywell filed a motion to dismiss the initial Complaint pursuant to Rule 12(b)(3) and 12(b)(6) on September 20, 2019.

3. Deposco filed a motion to dismiss the initial Complaint pursuant to Rule 12(b)(3) and 12(b)(6) or, in the alternative, motion to transfer venue on September 30, 2019.

4. CCI filed a First Amended Complaint ("FAC") on October 11, 2019.

5. Intelligrated and Honeywell filed a notice of withdrawal of their motion to dismiss the initial Complaint pursuant to Rule 12(b)(6) on October 17, 2019.

6. Deposco filed a notice of withdrawal of its motion to dismiss the initial Complaint pursuant to Rule 12(b)(3) and 12(b)(6) or, in the alternative, motion to transfer venue on October 18, 2019.

7. Intelligrated and Honeywell shall file a notice of withdrawal of their entire motion to dismiss the initial Complaint, pursuant to both Rule 12(b)(3) and 12(b)(6), by or on October 25, 2019.

8. The current deadline to file a response to the FAC is October 25, 2019.

9. CCI agrees to extend the time for Intelligrated, Honeywell and Deposco to file a response to the FAC up to and including November 8, 2019.

Dated: October 24, 2019                 ARONOWITZ SKIDMORE LYON

                                        By: *[s] Kathleen C. Lyon* (as authorized on 10/24/19)
                                            Kathleen C. Lyon
                                            Attorneys for Plaintiff
                                            ClipperCreek, Inc.

2
STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: October 24, 2019 | GORDAN REES SCULLY MANSUKHANI LLP |
| 2 | | |
| 3 | | By: */s/ Douglas Smurr* (as authorized on 10/24/19) |
| 4 | | Gary J. Lorch |
| 5 | | Douglas Smurr |
| | | Attorneys for Defendant |
| 6 | | Deposco, Inc. |
| 7 | Dated: October 24, 2019 | DYKEMA GOSSETT LLP |
| 8 | | |
| 9 | | |
| 10 | | By: */s/ Hakop Stepanyan* |
| 11 | | Ashley R. Fickel |
| | | Hakop Stepanyan |
| 12 | | Attorneys for Defendants |
| | | Intelligrated Systems, LLC and Honeywell |
| 13 | | International, Inc. |

**IT IS SO ORDERED.**

**Dated: October 28, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, the foregoing document was filed and served electronically using the CM/ECF system and served by U.S. Mail on anyone unable to receive a notice of electronic filing.

/s/ Hakop Stepanyan